**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------ X

**GLIN COAXUM,**

    **Plaintiff,**

   **- against -**

**THE CITY OF NEW YORK,** *et al.*,

    **Defendants.**

------------------------------------------------------------ X

**ORDER OF**
**DISCONTINUANCE**


**09 Civ. 3934 (SAS)**

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

   The parties having notified the Court that they have reached a resolution of this action, IT IS HEREBY ORDERED that the above captioned action be, and the same hereby is, discontinued with prejudice but without costs; provided, however, that within sixty (60) days of the date of this Order, counsel for either side may apply by letter for restoration of the action to the calendar of the undersigned if the settlement is not effected, in which event the action will be restored.

1

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:      New York, New York
            August 21, 2009

## - Appearances -

**For Plaintiff:**

Joel Berger, Esq.
Joel Berger Attorney at Law
360 Lexington Avenue
New York, NY 10017
(212) 687-4911

**For Defendants:**

Afsaan Saleem
New York City Law Department
100 Church Street
New York, NY 10007
(212) 788-0303